# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

140042

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                        SC: 140042
                                        COA: 293405
                                        Iosco CC: 08-004093-FC

RANDY ALLEN ADAMS,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____
Clerk

s0317